June 29, 2012

Mr. Samuel Clifford Bishop
Bishop & Bishop
P.O. Box 809
Decatur, TX 76234

Mr. Kristofer S. Monson
Assistant Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548
Mr. Thomas M. Michel
Griffith, Jay & Michel, LLP
2200 Forest Park Blvd.
Fort Worth, TX 76110-1732

RE: Case Number: 09-0905
 Court of Appeals Number: 02-08-00118-CV
 Trial Court Number: 3925

Style: LARRY YORK D/B/A YORK TANK TRUCKS
 v.
 STATE OF TEXAS AND WISE COUNTY, TEXAS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Sherry Parker |
| |Lemon |
| |Ms. Debra Spisak |